O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | SA 08-573M |
| | ) | |
| v. | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | (18 U.S.C. § 3142(i)) |
| JESUS ANTONIO AYALA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I.

A. ( ) On motion of the Government involving an alleged

    1. ( )  crime of violence;

    2. ( )  offense with maximum sentence of life imprisonment or death;

    3. ( )   narcotics or controlled substance offense with maximum sentence of ten or more years

        (21 U.S.C. §§  801,/951, et. seq.,/955a);

    4. ( )  felony - defendant convicted of two or more prior offenses described above.

B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

    1. ( X )    serious risk defendant will flee;

    2. ( )  serious risk defendant will

        a. ( )   obstruct or attempt to obstruct justice;

        b. ( )   threaten, injure, or intimidate a prospective  witness or juror or attempt to do so.

II.

The Court finds no condition or combination of conditions will reasonable assure:

A.  ( X )    appearance of defendant as required; and/or

B.  ( ) safety of any person or the community;

III.

The Court has considered:

A.  ( x ) the nature and circumstances of the offense;

B.  (x) the weight of evidence against the defendant;

C.  (x) the history and characteristics of the defendant;

D.  ( ) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A.  ( ) Defendant poses a risk to the safety of other persons or the community because:


B.  (x )    History and characteristics indicate a serious risk that defendant will flee because:

**Defendant is undocumented.  He has no ties to the community and no bail resources.**


C.  ( ) A serious risk exists that defendant will:

    1. ( )   obstruct  or  attempt to  obstruct  justice;

    2. ( )   threaten, injure or intimidate a witness/ juror; because:


D.  ( ) Defendant  has  not  rebutted  by  sufficient  evidence  to  the  contrary the presumption provided in 18 U.S.C. § 3142 (e).

///

///

///

///

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1   IT IS ORDERED that defendant be detained prior to trial.

2   IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections

3   facility separate from persons awaiting or serving sentences or person held pending appeal.

4   IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private

5   consultation with his counsel.

6

7

8   Dated: October 9, 2008

9   _____

10   Marc L. Goldman
    U.S. Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28